IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHE KRISTIAN SALPAS,

Defendant.

**8:26MJ406**

**MEMORANDUM AND ORDER**

The government filed a criminal complaint against the defendant Che Kristian Salpas ("Salpas") on September 8, 2026 (Filing No. 1) charging him under 18 U.S.C. § 844(g)(1) and alleging that Salpas carried an explosive device into Eppley Airfield.

Two days later the magistrate judge[1] held a preliminary examination on the criminal complaint. After a nearly 90-minute hearing to address the issue of detention, the magistrate judge denied the government's motion to detain Salpas pending trial, finding that he had met his burden by clear and convincing evidence that he did not pose a risk of flight or danger to the community. *See* 18 U.S.C. § 3142(c). Salpas was released on conditions (Filing No. 16).

Now before the Court is the government's Motion for Stay and Review of Release Order (Filing No. 19) asking this Court to stay, review, and overrule the magistrate judge's release order. *See* 18 U.S.C. § 3145(a). The government maintains that Salpas should be detained pending trial based on danger to the community.

After careful de novo review of the recorded hearing, and of the evidence and arguments presented, this Court finds that the government's request for detention should be denied for the reasons stated by the magistrate judge. The Court finds that Salpas has

[1]The Honorable Ryan C. Carson, United States Magistrate Judge for the District of Nebraska.

met his burden under Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3142(c). Accordingly, the government's motion is denied.

IT IS SO ORDERED.

Dated this 11th day of September 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge